IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SPRUIT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HCC/KPM, LLC,<br><br>　　　　Defendant. | Civil Action No. 19-851<br><br>Judge Cathy Bissoon<br><br><br>**ELECTRONICALLY FILED** |

**O R D E R**

AND NOW, on this  15th  day of April, 2021, upon consideration of Plaintiff's Motion for Voluntary Dismissal made pursuant to Federal Rule of Civil Procedure 42(a)(2), it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED and this civil action is dismissed with prejudice; it is further ORDERED that the April 7, 2021 Order to Show Cause [Document No. 19] is hereby DISCHARGED.

BY THE COURT:

　　　　　　　　s./Cathy Bissoon
　　　　　　　　　　　　　　　　　　　, J.

cc:　　All Counsel of Record